UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Loft and Company, Inc.<br>3959 Van Dyke Rd. Suite 198<br>Lutz, Fl 33558<br>　　Plaintiff,<br><br>v.<br><br>Dragoslav Kalajdzic<br>151 Tilmark Drive<br>Winston Salem NC 27103<br>　　Defendant,<br><br>Kalajdzic, Inc.<br>151 Tilmark Drive<br>Winston Salem NC 27103<br>　　Defendant, | No.: 8:13-cv-2320 |

### STIPULATED PERMANENT INJUNCTION ORDER

This cause comes for consideration upon the stipulated motion of Plaintiff, Loft and Company, Inc. and Defendants, Dragoslav Kalajdzic and Kalajdzic, Inc. The Parties have agreed to the entry of this Stipulated Permanent Injunction Order.

Therefore, it is hereby ORDERED AND ADJUDGED as follows:

1.　　Plaintiff owns copyrights in and to the Artwork exemplified in Exhibit 1.

2.　　Plaintiff owns trademark rights in and to the Artwork exemplified in Exhibit 1.

3.　　The Artwork exemplified in Exhibit 2 is substantially similar, as that phrase is applied under U.S. copyright law, to the Artwork exemplified in Exhibit 1.

4.　　The Artwork exemplified in Exhibit 2 is confusingly similar, as that phrase is applied under U.S. trademark law, to the Artwork exemplified in Exhibit 1.

5. Defendants, its respective employees, agents, members, affiliates, parents, subsidiaries, officers, directors, shareholders, representatives, and successor and assigns, of any and all of them, and all those who act in concert or participation with them, are hereby enjoined and restrained from the following:

(A) making any present or future use of the Artwork exemplified in Exhibit 1 and any other Artwork substantially similar, as that phrase is applied under U.S. copyright law, to the Artwork exemplified in Exhibit 1.

(B) making any present or future use of the Artwork exemplified in Exhibit 1 and any other Artwork confusingly similar, as that phrase is applied under U.S. trademark law, to the Artwork exemplified in Exhibit 1.

(C) making any present or future use of the Artwork exemplified in Exhibit 2 and any other Artwork substantially similar, as that phrase is applied under U.S. copyright law, to the Artwork exemplified in Exhibit 2.

(D) making any present or future use of the Artwork exemplified in Exhibit 2 and any other Artwork confusingly similar, as that phrase is applied under U.S. trademark law, to the Artwork exemplified in Exhibit 2.

DONE AND ORDERED in Chambers, Tampa, Florida, this 5th day of August 2014.

United States District Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

# **EXHIBIT 1**



# **EXHIBIT 2**

