# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

|  |  |
|---|---|
| Loft and Company, Inc.<br>3959 Van Dyke Rd. Suite 198<br>Lutz, Fl 33558<br>    Plaintiff,<br><br>    v.<br><br>Dragoslav Kalajdzic<br>151 Tilmark Drive<br>Winston Salem NC 27103<br>    Defendant,<br><br>Kalajdzic, Inc.<br>151 Tilmark Drive<br>Winston Salem NC 27103<br>    Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)   No.: 8:13-cv-2320<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL

This cause comes for consideration upon the stipulated motion of Plaintiff, Loft and Company, Inc. and Defendants, Dragoslav Kalajdzic and Kalajdzic, Inc. The Parties have agreed that this cause has been settled by Plaintiff and Defendants.

Therefore, it is hereby ORDERED AND ADJUDGED as follows:

1.    The Stipulation of Settlement and Dismissal is approved, and this cause is dismissed Without Prejudice.

2.    The Court shall retain jurisdiction over the Parties to enforce the Settlement Agreement executed by the Parties.

4.    The Court shall retain jurisdiction over the Parties to enforce the Stipulated Permanent Injunction agreed to by the parties and entered by the Court.

DONE AND ORDERED in Chambers, Tampa, Florida, this _5_ day of August 2014.

United States District Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE